Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Petitioner Darwin Garnica

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Darwin Garnica,

        Petitioner,

     v.

Pamela Bondi, *et al.*,

        Respondents.

Case No. 2:26-cv-00636-APG-DJA

**ORDER GRANTING**

**Unopposed Motion for Extension of Time to File Amended Petition**

**(FIRST REQUEST)**

    Petitioner request that the court extend the due date for Petitioner's amended petition by three days, up to and including April 1, 2026. This is Mr. Garnica's first request for an extension of time.

On March 9, 2026, this Court appointed the Office of the Federal Public Defender to represent the petitioner, Darwin Garnica, in this § 2241 proceeding. The Federal Defender entered an appearance on March 16, and undersigned counsel entered his substitution on March 18.

Under the Court's order, counsel was to file an amended petition (or indicate that such a petition was unnecessary) 14 days from the entrance of the Federal Defender's appearance, or March 30, 2026.

Since entering his appearance, counsel has interviewed Mr. Garnica and has sought to obtain additional information potentially relevant to his case. Counsel believes an amended complaint would be helpful to the Court, and has begun preparing the pleadings. However, counsel respectfully seeks a short extension of three (3) days to complete this petition for two reasons.

First, counsel recently had to take a short leave from work, and will not return to his desk until Wednesday, April 1.

Second, Mr. Garnica has ongoing proceedings that may be relevant to the amended petition. Counsel is still waiting for records from immigration court that were requested last week. Mr. Garnica also has a court proceeding scheduled for April 1 in Las Vegas.

Counsel has worked diligently on Mr. Garnica's case to meet the existing deadline, but respectfully submits that the short extension sought herein is necessary to fully and fairly present his case for relief in an amended petition. Counsel seeks the extension in good faith, and not for purposes of delay or any other improper purpose.

The government, represented by Assistant U.S. Attorney Deputy Civil Chief Tamer B. Botros, states that it does not objection to the proposed extension.

**CONCLUSION**

For all the above stated reasons, Mr. Garnica requests the Court grant a three-day extension of the deadline for filing an amended petition, until April 2, 2026.  As per the deadlines in the Court's scheduling order,  the government's response shall be due 14 days from the filing of the amended petition, and petitioner's reply to that response will be due 7 days from the response's filing.

Dated March 30, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED:  March 31, 2026

3