**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARWIN GARNICA,

    Petitioner

v.

ACTING AG TODD BLANCHE, et al.,

    Respondents

Case No.: 2:26-cv-00636-APG-DJA

**Order Granting Motion to Dismiss**

[ECF No. 11]

In light of the petitioner's response to the respondents' motion to dismiss (ECF No. 13),

I ORDER that the motion to dismiss (ECF No. 11) is GRANTED and the petitioner's petition (ECF No. 10) is dismissed without prejudice.

I FURTHER ORDER the clerk of court to close this case.

DATED this 24th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE